ACCEPTED
15-25-00179-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 5:24 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00179-CV

_____

## In the Court of Appeals
## for the Fifteenth Judicial District
## of the State of Texas

_____

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/10/2025 5:24:20 PM
CHRISTOPHER A. PRINE
Clerk

### IN THE INTEREST OF O.G., A CHILD

| | |
|---|---|
| **ALICIA GLENNY,** *Petitioner/Appellant,* | § § § |
| **v.** | § § § |
| **JEREMY EPPERSON,** *Respondent/Appellee.* | § § |

_____

Monday, November 10, 2025

Christopher A. Prine, Clerk;
Fifteenth Court of Appeals;
P.O. Box 12852,
Austin, Texas 78711

Dear Mr. Prine,

I am Alicia Glenny**,** the pro se Appellant in the above case. The district court has already sent the Clerk's Record and partial Reporter's Record to the Fifteenth Court of Appeals. Because I am not a lawyer**,** I cannot use the TAMES Attorney Portal. I respectfully request that you please email me a secure link (or password-protected download) to the full records so I can prepare my brief.

My contact information has been provided below.

     Respectfully submitted,

/s/ _____
Alicia Glenny (*pro se* Appellant)
15792 Fawn Lane
Reno, Nevada, 89511
T: 530.414.1622
E: aliciakayglenny@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on November 10, 2025, I sent a copy of this *Request for Access to Court Records* to Jeremy Epperson, pro se Appellee, by email via efile to jeremy@conversionadvocates.com.

DATED this 10th day of November 2025.

Respectfully submitted,

/s/ _____

Alicia Glenny (*pro se* Appellant)

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 107887391
Filing Code Description: Letter
Filing Description: Request for Access to Court Records
Status as of 11/12/2025 7:22 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alicia Glenny | | aliciakayglenny@gmail.com | 11/10/2025 5:24:20 PM | SENT |
| Jeremy Epperson | | jeremy@conversionadvocates.com | 11/10/2025 5:24:20 PM | SENT |